UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

BEFORE: **GLASSER, J.**　　　　DATE: **MAY 28, 2015**　　　　TIME: **11:30 a.m.**

DOCKET #: **CR-10-00288-02(S-2) (ILG)**　　TITLE: **U.S.A. v.Julio Lozano Pirateque**

COURT REPORTER: **Linda Marino**　　DEPUTY CLERK: **Stanley Kessler**

INTERPRETER: **Maristela Verastegui**　　AUSA: **Soumya Dayananda & Steven Tiscione**

DEF'T #1 NAME: **Julio Lozano Pirateque**　　ATT'Y: **Joel M. Denaro, Esq.**
✓ Present　_ Not Present　✓ In Custody　　✓ Present　_ Not Present

## CRIMINAL CAUSE FOR SENTENCING

- ✔ Case called.
- ✔ Defendant Julio Lozano Pirateque present with counsel Joel M. Denaro, Esq. Soumya Dayananda, AUSA and Steven Tiscione, AUSA present for the Government. Probation Officer Sindee Haasnoot and Spanish interpreter Maristela Verastegui also present. defendant.
- ✔ The defendant is sentenced on each of counts (1) and (16) of superseding indictment CR-10-00288(S-2) to an eighty-four (84) month term of imprisonment to be followed by a five (5) year period of supervised release. The sentences are to run concurrently.
- ✔ The defendant is assessed the sum of $200.00.
- ✔ On the motion of the U.S. Attorney's Office, the remaining counts of the indictment and the underlying indictment are dismissed.
- ✔ The defendant is remanded.

TIME: **1/30**